

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00454-CV

Pete Escalante **GUTIERREZ** d/b/a Fast Cash Refund Express,
Appellant

v.

**M2G REAL ESTATE, LTD.** f/k/a B&M Real Estate, Ltd.,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07756
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on July 21, 2015. The clerk of the court notified the appellant in writing that our records do not reflect that the filing fee in the amount of $195.00 has been paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1.

Accordingly, it is ORDERED that appellant show cause in writing **within fifteen days** of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court